JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNRISE, INC., et al., | Case No. CV 19-3556-GW-MAAx |
|           Plaintiffs, | |
|    v. | **ORDER TO DISMISS WITH PREJUDICE** |
| TARGET CORPORATION, | |
|           Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: January 17, 2020

_____ *George H. Wu* _____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE